**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANNMARIE VITAREILLI,

                Plaintiff,                       20 **CIVIL** 9007 (PGG)(JW)

        -v-                                 **JUDGMENT**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 26, 2022, Judge Willis's R&R is adopted in its entirety. Plaintiff's motion for judgment on the pleadings is granted to the extent that this case is remanded for further administrative proceedings. Defendant's motion for judgment on the pleadings is denied.

**Dated:**  New York, New York
          September 28, 2022

                                                          **RUBY J. KRAJICK**

                                                             _____
                                                                **Clerk of Court**
                                     **BY:**     *K. Mango*
                                                               _____
                                                                **Deputy Clerk**